FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2015 JAN -6 P 1: 53

CLERK_____
SO. DIST. OF GA.

# United States District Court
## Southern District of Georgia

Brenda Willis, et al

**Plaintiff**

Case No. 14-cv-00227

**v.**

CAVALRY INVESTMENTS, LLC, et al.

**Defendant**

Appearing on behalf of

Defendants

**(Plaintiff/Defendant)**

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 6th day of January, 2015.

UNITED STATES DISTRICT/MAGISTRATE JUDGE

*\*\*\*\*\**

NAME OF PETITIONER:    Donald S. Maurice, Jr.

Business Address:    **Maurice & Needleman, P.C.**

Firm/Business Name

5 Walter E. Foran Blvd.

Street Address

Ste 2007        Flemington  NJ    08822

Street Address (con't)    City    State    Zip

Mailing Address (if other than street address)

Address Line 2    City    State    Zip

908 237 4550

Telephone Number (w/ area code)    Georgia Bar Number

Email Address:    dsm@mnlawpc.com