# United States District Court
## *Southern District of Georgia*

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2015 JAN -6 P 1: 5
CLERK
SO. DIST. OF GA.

Brenda Willis, et al
_____
 Plaintiff

v.

CAVALRY INVESTMENTS, LLC, et al.
_____
Defendant

Case No. 14-cv-00227

Appearing on behalf of

Defendants
_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 6th day of January, 2015

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

*****

**NAME OF PETITIONER:** Thomas R. Dominczyk

**Business Address:** Maurice & Needleman, P.C.
Firm/Business Name

5 Walter E. Foran Blvd.
Street Address

Ste 2007 | Flemington | NJ | 08822
Street Address (con't) | City | State | Zip

Mailing Address (if other than street address)

Address Line 2 | City | State | Zip

908 237 4550
Telephone Number (w/ area code) | Georgia Bar Number

**Email Address:** trd@mnlawpc.com